No. 129. THE FIRST AMERICAN SAVINGS & TRUST COMPANY OF HAWAII, LTD., A CORPORATION, v. MARY JANE MON-

TANO AND A. A. MONTANO. Appeal from circuit judge, first circuit. Submitted April 4, 1905. Decided April 10, 1905. Decree foreclosing mortgage and rendering deficiency judgment against married woman and husband. Per curiam: Deficiency judgment on foreclosure of mortgage may be rendered against a married woman. See Revised Laws, Secs. 2251-2252. Decree affirmed. *J. Alfred Magoon* and *J. Lightfoot* for respondent-appellant. *C. A. Long* and *E. A. C. Long* for complainant-appellee.